**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA M. OLIVA, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: |
| ) | |
| v. ) | In Excess of $50,000 |
| ) | |
| MENARD, INC. ) | |
| ) | |
| Defendants. ) | |

**C O M P L A I NT AT LAW FOR NEGLIGENCE**

NOW COMES the Plaintiff, RHONDA M. OLIVA, by and through her attorney, TIMOTHY J. DEFFET of THE LAW OFFICE OF TIMOTHY J. DEFFET, and complaining of the Defendant, MENARD, INC., alleges as follows:

1. That on June 16, 2020, Plaintiff, RHONDA M. OLIVA (hereinafter "OLIVA"), was a resident of the city of Oak Lawn, Cook County, Illinois.

2. That on June 16, 2020, Defendant, MENARD, INC. (hereinafter "Defendant") owned, operated, maintained and controlled, a certain store commonly known as Menard's, which is located at 6851 West 159th Street, Tinley Park, Cook County, Illinois 60477 (hereinafter the "premises").

3. That on June 16, 2020, Defendant Menard, Inc. was, and remains, a foreign corporation organized under the laws of Wisconsin and licensed to conduct business in the State of Illinois.

4. That on the early evening of June 16, 2020, the plaintiff, OLIVA, arrived lawfully at the Defendant's premises with her husband and mother, as a customer.

5. That on June 16, 2020, at or about 7:00 P.M. OLIVA had initially left the store but went back into the premises through the garden center entrance/exit to use the restroom.

6. That on June 16, 2020, at or about 7:00 P.M., as OLIVA proceeded about 10 feet or so into the garden center entrance/exit of the premises, she felt something grab her right ankle/leg, causing her to twist her right knee/leg, which caused her to fall on her right knee, and right side, onto the ground.

7. That OLIVA, after her fall, saw that a circular yellow band, at least 12 inches in circumference, had wrapped around her right ankle/leg.

8. That Defendant's cashier then came over to her as she was on the floor, to see if she needed help, and OLIVA asked that the cashier get her husband, Alan P. Oliva, who was outside in the parking lot at the Defendant's premises.

9. That OLIVA's husband, Alan P. Oliva, then asked that Defendant's store manager to come speak to OLIVA and himself.

10. That the Defendant's store manager then had them come to the counter and fill out an incident report.

11. That when OLIVA was on the premises, she was in the exercise of due care and caution for her own safety.

12. That on June 16, 2020, there existed a dangerous condition on the said premises: namely the circular yellow band.

13. That on June 16, 2020, Plaintiff OLIVA was seriously injured as a result of the yellow band on the ground getting entangled on her foot as she walked.

14. That at all times relevant herein, the Defendant was subject to the International Property Maintenance Code, International Building Code and International Fire Code according to the Village of Tinley Park Municipal Code which has adopted same.

15. That at all times relevant herein, the Defendants owed a duty to exercise ordinary care in keeping its premises in a reasonably safe condition for the Plaintiff and all other persons lawfully on the premises.

16. That despite this duty aforesaid, the Defendants committed the following negligent acts and/or omissions:

    a. Caused the said dangerous condition to exist;

    b. Allowed the said dangerous condition to exist;

    c. Failed to repair the said dangerous condition;

    d. Failed to inspect its aisles/entrance/exit for dangerous conditions;

    e. Failed to warn customers of the said dangerous condition when, in the exercise of due care, it knew or should have known that it presented an unreasonable risk of harm;

    f. Failed to provide adequate lighting on the outside exit/entrance door of the premises and on the inside of the exit/entrance;

    g. Failed to provide a safe, and proper place for plaintiff to walk on while exiting/entering the premises;

    h. Failed to provide a safe means of ingress and egress from exit/entrance of the premises to the public way;

    i. Failed to inspect the premises to be certain it was in a safe and proper condition;

    j.  Failed to remove the yellow band from the floor to prevent injury to OLIVA before she came in contact with it and was injured;

    k.  Allowed the dangerous condition to exist for an unreasonable length of time;

    l.  Failed to remedy the dangerous condition by cleaning the floor in and around the garden center exit/entrance;

    m.  Failed to provide "a safe, continuous, and unobstructed path of travel from a point in a building or structure to the public way" in violation of Section 702.1 *Means of Egress-General* of the International Property Maintenance Code and the International Fire Code-Chapter 10, as adopted by the Village of Tinley Park Municipal Code;

    n.  Otherwise carelessly and negligently maintained and controlled the premises causing plaintiff to trip and fall.

17. That as a direct and proximate result of one or more of the foregoing careless and negligent acts and/or omissions of the Defendant, the Plaintiff on June 16, 2020, did fall on the ground on the premises after the yellow band twisted her right ankle/leg and was caused to suffer injuries, both personal and pecuniary, including a complex tear of the posterior horn and body of her right medial meniscus, necessitating right knee arthroscopy, all being past, present, and future, including but not limited to medical expenses, pain and suffering, loss of a normal life, disability, disfigurement and loss of income.

WHEREFORE, the Plaintiff, RHONDA M. OLIVA, demands judgment against the Defendant, MENARD, INC., in an amount in excess of $50,000 and such additional amounts as the jury and the Court shall deem proper, and additionally, costs of said suit.

                THE LAW OFFICE OF TIMOTHY J. DEFFET

                By:   /s/Timothy J. Deffet

Attorney No.: 42861
Attorney for Plaintiff
The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago, Illinois 60659
tim@timdeffetlaw.com
(773) 627-4719

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RHONDA M. OLIVA, )<br>)<br>)<br>Plaintiff, )<br>) Case No.:<br>)<br>v. ) In Excess of $50,000<br>)<br>MENARD, INC. )<br>)<br>Defendants. ) | |

## **AFFIDAVIT**

I, Timothy J. Deffet, the attorney for Plaintiff, being first duly sworn on oath, depose and state as follows:

1. I represent the plaintiff in the above cause of action.

2. Upon investigation of the facts as known to me at this time, including the nature and extent of the physical injuries and medical expenses appurtenant, the damages in this case, exclusive of interest and costs, are in excess of $50,000.00.

   FURTHER AFFIANT SAYETH NAUGHT.


/s/ Timothy J. Deffet, Attorney for Plaintiff


Attorney No.: 42861
Attorney for Plaintiff
The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago, Illinois 60659
tim@timdeffetlaw.com
(773) 627-4719