**Tony Andrews**

| | |
|---|---|
| From: | timothy deffet <tjdeffet@hotmail.com> |
| Sent: | Monday, December 5, 2022 12:27 PM |
| To: | Tony Andrews; Virginia Medina; tim@timdeffetlaw.com; tdeffet@gmail.com |
| Cc: | John Motylinski; Joseph Davidson |
| Subject: | Re: Oliva v Menard |

You can accommodate us by doing a zoom dep as I've said for the last 2 months. Covid rates are rising. I've done 60 deps during last 2 years including several slip and falls on zoom with no issues. Don't understand your resistance

During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.

Do one good thing for yourself today and do one good thing for someone else.

The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago IL 60659
Phone: 773-627-4719
Facsimile: 888-294-3035
tim@timdeffetlaw.com
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63

**From:** Tony Andrews <wandrews@ottosenlaw.com>
**Sent:** Monday, December 5, 2022 10:48:16 AM
**To:** timothy deffet <tjdeffet@hotmail.com>; Virginia Medina <vmedina@ottosenbritz.com>; tim@timdeffetlaw.com <tim@timdeffetlaw.com>; tdeffet@gmail.com <tdeffet@gmail.com>
**Cc:** John Motylinski <jmotylinski@ottosenlaw.com>; Joseph Davidson <jdavidson@ottosenlaw.com>
**Subject:** RE: Oliva v Menard

Yes. We understand your position. Is there any accommodation we can make to get her in-person?

W. Anthony Andrews | Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
Partner

1



1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-614-7617
wandrews@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify wandrews@ottosenlaw.com.

**From:** timothy deffet <tjdeffet@hotmail.com>
**Sent:** Monday, December 5, 2022 9:43 AM
**To:** Virginia Medina <vmedina@ottosenbritz.com>; tim@timdeffetlaw.com; tdeffet@gmail.com
**Cc:** Tony Andrews <wandrews@ottosenlaw.com>; John Motylinski <jmotylinski@ottosenlaw.com>; Joseph Davidson <jdavidson@ottosenlaw.com>
**Subject:** Re: Oliva v Menard

WE have agreed to that date as zoom only-please correct the notice and send the appropriate video dep info

During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.

Do one good thing for yourself today and do one good thing for someone else.

The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave #231
Chicago IL 60659
Phone: 773-627-4719
Facsimile: 888-294-3035
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63
**tim@timdeffetlaw.com**

---

**From:** Virginia Medina <vmedina@ottosenbritz.com>
**Sent:** Monday, December 5, 2022 8:55 AM
**To:** tim@timdeffetlaw.com <tim@timdeffetlaw.com>; tdeffet@gmail.com <tdeffet@gmail.com>; tjdeffet@hotmail.com <tjdeffet@hotmail.com>

**Cc:** Tony Andrews <wandrews@ottosenlaw.com>; John Motylinski <jmotylinski@ottosenlaw.com>; Joseph Davidson <jdavidson@ottosenlaw.com>
**Subject:** Oliva v Menard

Good morning,

Attached, please find the Notice of Dep for Rhonda Oliva.

Thank you

Virginia Medina
Legal Assistant to W. Anthony Andrews, Joseph Miller, III.
1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-365-7202
vmedina@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify vmedina@ottosenlaw.com.

**Tony Andrews**

| | |
|---|---|
| **From:** | Tony Andrews |
| **Sent:** | Wednesday, November 30, 2022 9:14 AM |
| **To:** | 'timothy deffet'; tim@timdeffetlaw.com |
| **Cc:** | Virginia Medina; John Motylinski; Joseph Davidson |
| **Subject:** | RE: Oliva v Menard pl dep dates |

Tim,
Can we set the dep of the plaintiff of the dates we offered below, today?
Tony

**W. Anthony Andrews** | **Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.**
Partner



1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-614-7617
wandrews@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify wandrews@ottosenlaw.com.

**From:** timothy deffet <tjdeffet@hotmail.com>
**Sent:** Monday, November 28, 2022 2:35 PM
**To:** Tony Andrews <wandrews@ottosenlaw.com>; tim@timdeffetlaw.com
**Cc:** Virginia Medina <vmedina@ottosenbritz.com>; John Motylinski <jmotylinski@ottosenlaw.com>; Joseph Davidson <jdavidson@ottosenlaw.com>
**Subject:** Re: Oliva v Menard pl dep dates

I'm out of town will contact you midweek



During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.

Do one good thing for yourself today and do one good thing for someone else.

1

The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago IL 60659
Phone: 773-627-4719
Facsimile: 888-294-3035
tim@timdeffetlaw.com
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63

---

**From:** Tony Andrews <wandrews@ottosenlaw.com>
**Sent:** Monday, November 28, 2022 2:28:09 PM
**To:** tim@timdeffetlaw.com <tim@timdeffetlaw.com>; Tim Deffet <tjdeffet@hotmail.com>
**Cc:** Virginia Medina <vmedina@ottosenbritz.com>; John Motylinski <jmotylinski@ottosenlaw.com>; Joseph Davidson <jdavidson@ottosenlaw.com>
**Subject:** RE: Oliva v Menard pl dep dates

Tim,
Let's at least get her dep date agreed upon. How about 12/12, 12/13, 12/16?
Tony

**W. Anthony Andrews** | Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
Partner



Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
Building Relationships for 30 years

1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-614-7617
wandrews@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify wandrews@ottosenlaw.com.

**From:** Tony Andrews
**Sent:** Tuesday, October 4, 2022 4:46 PM
**To:** tim@timdeffetlaw.com
**Cc:** Virginia Medina <vmedina@ottosenbritz.com>; Tim Deffet <tjdeffet@hotmail.com>; Megan Lamb <mlamb@ottosenlaw.com>; John Motylinski <jmotylinski@ottosenlaw.com>
**Subject:** RE: Oliva v Menard pl dep dates

Can we discuss some reasonable safety measures to accommodate an in-person deposition?

**From:** tim@timdeffetlaw.com <tjdeffet@gmail.com>
**Sent:** Tuesday, October 4, 2022 3:32 PM
**To:** Tony Andrews <wandrews@ottosenlaw.com>
**Cc:** Timothy Deffet <tim@timdeffetlaw.com>; Virginia Medina <vmedina@ottosenbritz.com>; Tim Deffet <tjdeffet@hotmail.com>; Megan Lamb <mlamb@ottosenlaw.com>; John Motylinski <jmotylinski@ottosenlaw.com>
**Subject:** Re: Oliva v Menard pl dep dates

2

Neither my client or I will appear in person.

During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.

Do one good thing for yourself today and do one good thing for someone else.

The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago IL 60659
Phone: 773-627-4719
Facsimile: 888-294-3035
tim@timdeffetlaw.com
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63

On Tue, Oct 4, 2022, 4:24 PM Tony Andrews <wandrews@ottosenlaw.com> wrote:
> While I respect your wishes to attend remotely, do you mean you won't send her to present for deposition in-person?
>
> Tony
> Sent from my iPhone
>
>> On Oct 4, 2022, at 3:21 PM, tjdeffet@gmail.com wrote:
>>
>> No I don't do any in person. I will not be with plaintiff fyi I'll be in my office unless I can't show her how to use zoom.
>>
>> During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.
>>
>> Do one good thing for yourself today and do one good thing for someone else.

3

The Law Office of Timothy J. Deffet
5875 N. Lincoln Ave. #231
Chicago IL 60659
Phone: 773-627-4719
Facsimile: 888-294-3035
tim@timdeffetlaw.com
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63

On Tue, Oct 4, 2022, 3:26 PM Tony Andrews <wandrews@ottosenlaw.com> wrote:

Requesting in-person dep of pltf

Tony
Sent from my iPhone

> On Oct 4, 2022, at 2:13 PM, tjdeffet@gmail.com wrote:
>
> This one went through thanks! I'll get some dates from client for zoom only dep. I'm out of town for awhile
>
>
>
> During the COVID-19 Crisis we will still be working, as usual, but will not see clients in person, and we request you send all documents via email or fax. Thank you for the understanding and stay safe.
>
> Do one good thing for yourself today and do one good thing for someone else.
>
>
>
> The Law Office of Timothy J. Deffet
> 5875 N. Lincoln Ave. #231
> Chicago IL 60659
> Phone: 773-627-4719

4

Facsimile: 888-294-3035
tim@timdeffetlaw.com
http://www.timdeffetlaw.com
http://www.chicagoinjuryadvicelawblog.com
http://www.linkedin.com/pub/timothy-deffet/12/432/a63

On Tue, Oct 4, 2022, 3:01 PM Virginia Medina <vmedina@ottosenbritz.com> wrote:

Forwarding our request for availability again.

Virginia Medina
Legal Assistant to W. Anthony Andrews, Joseph Miller, III.
1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-365-7202
vmedina@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify vmedina@ottosenlaw.com.

**From:** Virginia Medina
**Sent:** Tuesday, October 4, 2022 11:41 AM
**To:** 'tim@timdeffetlaw.com' <tim@timdeffetlaw.com>
**Cc:** Tony Andrews <wandrews@ottosenlaw.com>
**Subject:** Oliva v Menard

Counselor,

We are requesting availability to depose the Plaintiff in this matter. Tony's availability is : Oct 20, 21, 28, Nov 3.

Please advise your availability and best dates that work for you.

Thank you for your consideration,

Virginia Medina
Legal Assistant to W. Anthony Andrews, Joseph Miller, III.
1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
630-365-7202
vmedina@ottosenlaw.com | www.ottosenlaw.com

The information contained in this e-mail message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution, or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please delete it and notify vmedina@ottosenlaw.com.