UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Rhonda M Oliva
                Plaintiff,

v.                                          Case No.: 1:22−cv−02512
                                              Honorable Steven C. Seeger

Menard, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 9, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant Menard filed three motions to compel, but the first two were botched versions, so they are denied as moot (Dckt. Nos. [24, 25]). Defendant's motion to compel an in−person deposition of Plaintiff (Dckt. No. [26]) is hereby granted. Remote depositions are more cumbersome that in−person depositions. They create extra complications, and interfere with the human−to−human interaction. Defendant has a legitimate preference for an in−person deposition, and Plaintiff has not offered much of a reason to oppose it. The pandemic is not over, but it is not in full swing, either. There is no special medical need to do it by video. The Northern District of Illinois has opened up the courthouse to in−person proceedings, so attorneys should be back in business, too. Sometimes there is a good reason to do a deposition by video, but here, there isn't. This Court took note of the statement in Defendant's brief that Plaintiff's counsel abruptly "hung up" on him. The call was supposed to be a meet and confer, but it "lasted 25 seconds." Plaintiff's counsel must file a brief and address that point by December 9, 2022. If Plaintiff's counsel denies hanging up on defense counsel, then Plaintiff's must file a copy of the phone record, and explain the length of the call. Also, by December 9, 2022, defense counsel must provide more information about the statement that Plaintiff's counsel also "prematurely terminated a meet and confer" in October 2022. Based on those submissions, the Court will assess whether other remedies are appropriate. See, e.g., Fed. R. Civ. P. 37. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.