**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RHONDA M. OLIVA,<br><br>                             Plaintiff,<br><br>v.<br><br>MENARD, INC.<br><br>                             Defendant. | Case No.: 1:22-cv-2512<br><br>Honorable Steven C. Seeger<br><br>Honorable Maria Valdez<br>Magistrate Judge |

**DEFENDANT'S STATEMENT REGARDING OUTSTANDING DISCOVERY DISPUTES**

Pursuant to the Court's April 17, 2023, Order (Dkt. # 53), Defendant submits the following statement regarding outstanding discovery disputes:

**I.    Introduction**

On April 17, 2023, the Court entered an order requiring the parties to file a joint statement concerning "which, if any, disputes and/or outstanding issues described in the 2/10/23 joint statement have been resolved." (Dkt. # 53). Importantly, the Court "expressly" cautioned that it was "not inviting additional argument on any remaining disputes." *Id.*

On April 18, 2023, the Parties met and conferred on the status of the disputes raised in the February 10, 2023, joint statement. Afterwards, Defendant sent Plaintiff a one-page draft joint statement, which appears below in Section II. Plaintiff responded with an *eight-page* statement that contained argument. (**Ex. 1**).

On April 19, 2023, Defendant requested that Plaintiff remove the argumentative portions of the report so that the Parties could submit a joint statement that complied with the Court's order. (**Ex. 2**). Plaintiff declined and, instead, indicated he would file a unilateral statement unless Defendant agreed to her version within the hour. *Id.*

In Defendant's view, the Court "expressly" prohibited the content Plaintiff attempts to proffer. (Dkt. # 53). As a result, Defendant cannot in good faith sign on to Plaintiff's proposed report. Though it is loathe to proceed unilaterally, Defendant thus offers its summation of "which,

if any, disputes and/or outstanding issues described in the 2/10/23 joint statement have been resolved" below.

**II.     Outstanding Discovery Disputes**

1. <u>Deposition of Melanie Jackson</u>

   - Resolved. The parties will work together to schedule Ms. Jackson's deposition as soon as she has been cleared to return to work.

2. <u>Fed. R. Civ. P. 30(b)(6) Deposition</u>

   - Unresolved.

3. <u>Identification of Menards Team Members</u>

   - Unresolved.

4. <u>Identification of O'Brien & Associates Employees</u>

   - Unresolved.

5. <u>O'Brien & Associates Contract</u>

   - Resolved. Tendered February 10, 2023.

6. <u>Incident Reports</u>

   - Resolved. Tendered November 9, 2022 (*Oliva*) and February 10, 2023 (*Doornbos*).

7. <u>Interrogatories</u>

   - Unresolved.

8. <u>Requests for Production</u>

   - Resolved. Tendered privilege log February 13, 2023.

Respectfully submitted,

**MENARD, INC.**

By: */s/ W. Anthony Andrews*

W. Anthony Andrews
John E. Motylinski

Joseph S. Davidson
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jmotylinski@ottosenlaw.com
jdavidson@ottosenlaw.com