IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RHONDA M. OLIVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| exe | ) | |
| v. | ) | Case No: 1:22-cv-02512 |
| | ) | |
| MENARD, INC. | ) | The Honorable Judge Jeremy C. Daniel |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF THE PETRILLO DOCTRINE and HOSPITAL LICENSING ACT ATTACHING EXHIBIT 4**

NOW COMES the Plaintiff, RHONDA M. OLIVA by her attorney, TIMOTHY J. DEFFET OF THE LAW OFFICE OF TIMOTHY J. DEFFET, and for her Supplemental Brief in Support of the states as follows:

I. **The Defense Asked for Ruling by The Court to Use Ex-Parte contact Absent a Subpoena and After Being Told They Could Not Do So Did it Anyway.**

1. Plaintiff attaches Exhibit 4, emails to Athletico from defense counsel Tony Andrews and Joseph Davidson starting on March 27, 2025 through April 2, 2025. These emails reflect defense counsel being asked who he represents, that Mr. Andrews called Athletico himself and left a voicemail, emailing to ask questions about Plaintiff's medical treatment, about the medical testimony to be given, and the details of same. (See Ex. 4).

WHEREFORE, plaintiff, RHONDA M. OLIVA, respectfully requests that this court enter an Order in favor of Plaintiff.

Respectfully submitted,

THE LAW OFFICE OF TIMOTHY J. DEFFET

By: /s/Timothy J. Deffet
Attorney for Plaintiff

ARDC#6255823
Timothy J. Deffet
ATTORNEY FOR PLAINTIFF
THE LAW OFFICE OF TIMOTHY J. DEFFET
5875 N. Lincoln Ave. #231
Chicago, Illinois 60659
(773) 627-4719
timdeffetlaw@outlook.com

**CERTIFICATE FILING AND PROOF OF SERVICE**

      I Timothy J. Deffet, hereby certify that on April 9, 2025, I electronically filed the foregoing **PLAINTIFF OLIVA'S SUPPLEMENTAL BRIEF IN SUPPORT OF THE PETRILLO DOCTRINE,** with the Clerk of the Court using the CM/ECF System, which will send notifications of such to all attorneys of record, and via email to all:

OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.
W. Anthony Andrews
Joseph S. Davidson
John Motylinski
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com
jmotylinski@ottosenlaw.com
1804 North Naper Boulevard, Suite 350
Naperville, Illinois 60563
(630) 682-0085